UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 19 AM 8 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SEA-LAND SERVICE, INC.,

    Plaintiff(s)

    v.      Civ. No. 98-1619PG)

MEDINA & MEDINA,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #14 - Motion for Withdrawal of Legal Representation | Granted |

Date: November 18, 1999.

*[signature]*
JUAN M. PEREZ-GIMENEZ
USDJ.