UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**             DATE: MAY 30, 2000

BEFORE HONORABLE JUAN M. PEREZ GIMENEZ

COURTROOM DEPUTY: LILY ALICEA            CASE NO. CIVIL 98-1619

===================================================================

SEA LAND SERVICES, INC                    Attorneys:
                                          For Plaintiffs


            VS
                                          For Defendant:
MEDINA & MEDINA, INC


By Order of the Court the settlement conference in the above-mentioned case scheduled for tomorrow is hereby rescheduled for Thursday, June 8, 2000 at 8:30 AM. Parties notified by telephone.


                                    _____
                                       LILY ALICEA-COURTROOM DEPUTY