IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: June 1, 2000

| | | |
|---|---|---|
| SEA-LAND SERVICES, INC. | * | |
| Plaintiff | * | |
| vs. | * | CIVIL NO. 98-1619 (PG) |
| MEDINA & MEDINA | * | |
| Defendant | * | |

By Order of the Court, **Settlement Conference** set for **for June 8, 2000 is hereby reset for June 9, 2000 at 8:30 a.m.**

This proceeding will be held before Honorable Juan M. Pérez-Giménez.

*[signature]*

Kim Flores
Courtroom Deputy Clerk

Counsel notified by phone