IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**          June 9, 2000

BEFORE HONORABLE JUDGE JUAN M. PEREZ-GIMENEZ

COURTROOM DEPUTY: Frieda Ramirez   **CIVIL NO. 98-1619(PG)**

COURT INTERPRETER:              COURT REPORTER:

---

| | |
|---|---|
| **SEA-LAND SERVICES INC.** | Attorney(s) for Plaintiff: Maria Martinez |
| Plaintiffs vs. | |
| **MEDINA AND MEDINA INC.** | Attorney(s) for Defendant: Harry Ezratty |
| Defendant | |

---

**SETTLEMENT CONFERENCE HELD.** The Court upon request of counsel has **granted the consolidation of this case with CV. 00-1333(PG).** After hearing attorneys, the Court orders that they meet to interchange documentary evidence in a good faith effort to settle this case. They have 30 days to do so and **shall inform the Court by July 10, 2000 the result of their settlement conversations.**

_____
Courtroom Deputy Clerk

s/c. 00-1333(PG)

22