# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

SEA-LAND SERVICE, INC., d/b/a
CSX LINES,
    Plaintiff,

      v.                   Civil No. 98-1619(PG)

MEDINA & MEDINA, INC.,
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #12 - Motion by Medina & Medina, Inc. to Dismiss plaintiff's claim for failure to prosecute. | DENIED. |
| Docket #16 - Motion by Medina & Medina, Inc. to request that the Court act on the pending motion to dismiss. | NOTED. |

Date: ___October___ __11__, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge