UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA-LAND SERVICE, INC., d/b/a
CSX LINES,
    Plaintiff,

v.

MEDINA & MEDINA, INC.,
    Defendant.

Civil No. 98-1619(PG)
Civil No. 00-1333(PG)

| MOTION | ORDER |
|---|---|
| Docket #28 - Stipulation Of Dismissal. | **APPROVED.** |

Date: _____May 31_____, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge