UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| SEA-LAND SERVICE, INC., d/b/a CSX LINES<br>Plaintiff, | * * * * | |
| v. | * * | CIVIL NO. 98-1619(PG) |
| MEDINA & MEDINA, INC.<br>Defendant. | * * | |

# JUDGMENT

On this same date the Court has entered an order approving the Stipulation Of Dismissal motion signed by the parties on May 15, 2001, (Docket No. 28). WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that judgment is hereby entered **DISMISSING** the instant case **with prejudice.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico _May 31_, 2001.

_____
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev. 8/82)